

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| NICOLE DENISE TUNSTALL | 22-12377-JDW |

## ORDER WITHDRAWING
## OBJECTION TO CONFIRMATION OF
## SECOND AMENDED CHAPTER 13 PLAN (DKT. #21)

THIS MATTER came before the Court on the Objection to Confirmation of Second Amended Chapter 13 Plan (Dkt. #11) (Dkt. #21) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Court is advised that the Trustee requests to withdraw the Objection as the Debtor has filed a Third Amended Chapter 13 Plan (Dkt. #24) which renders the Objection moot. Upon request by the Trustee,

IT IS ORDERED that the Objection shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS  39211
(601) 355-6661
ssmith@barkley13.com