**Fill in this information to identify the case:**

Debtor 1: Nicole Denise Tunstall

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Mississippi
(State)

Case number: 22-12377

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Customer Service Center

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 8 4

**Court claim no.** (if known): 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/17/2023

**New total payment:** $ 644.56
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 227.69    New escrow payment: $ 259.12

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 613.13    New mortgage payment: $ 644.56

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ William E. McClain
Signature

Date  08/23/2023

Print:  William E. McClain
        First Name    Middle Name    Last Name

Title  Bankruptcy Specialist

Company  USDA - Rural Housing Service
         Customer Service Center

Address  PO Box 66879
         Number        Street

         St. Louis, MO 63166
         City                State    ZIP Code

Contact phone  (800) 349-5097 ext.

Email  csc.bkr@stl.usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** William E. McClain                                                08/23/2023
                                                                                    (Date)

**Debtor(s) & Address:** Nicole Denise Tunstall
124 Coleman Cove
Byhalia, MS 38611

**Case No.** 22-12377
**Claim No.** 4
**USDA Acct No.** 6 9 8 4

**Attorney & Address:** Robert Hudson Lomenick, Jr.
P.O. Box 417
Holly Springs, MS 38635

**Trustee & Address:** Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

**Effective** 10/17/2023 **, the monthly ongoing payment is changing due to:**

No    Yes ✓    **ESCROW:**
No ✓  Yes      **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 604.41 | Principal & Interest | 604.41 |
| Less Subsidy | 218.97 | Less Subsidy | 218.97 |
| Total P&I Payment | 385.44 | Total P&I Payment | 385.44 |
| | | | |
| Escrow | 227.69 | Escrow | 236.95 |
| Escrow shortage | 0.00 | Escrow shortage | 22.17 |
| Total Escrow | 227.69 | Total Escrow | 259.12 |
| | | | |
| Fees | 0.00 | Fees | 0.00 |
| | | | |
| Total Payment | 613.13 | Total Payment | 644.56 |

**Northern District of Mississippi**

Case No. 22-12377
Claim No. 4

## CERTIFICATE OF SERVICE

Name: Nicole Denise Tunstall

I, William E. McClain, do hereby certify that on 08/23/2023, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Nicole Denise Tunstall
124 Coleman Cove
Byhalia, MS 38611

**Via CM/ECF:**

Debtor's Attorney of Record:

Robert Hudson Lomenick, Jr.
P.O. Box 417
Holly Springs, MS 38635

Chapter 13 Trustee:

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Date: 08/23/2023

/s/ William E. McClain
William E. McClain
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5414

```
E
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS              MO 63120-1703

800-414-1226




NICOLE D TUNSTALL
124 COLEMAN COVE
BYHALIA             MS 38611

                                        DATE: 07/24/23


      *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    10/23 THROUGH    09/24.
------- ANTICIPATED PAYMENTS FROM ESCROW -    10/23 THROUGH    09/24 -------
              INSURANCE                  1903.00
              COUNTY TAX                  940.43

       TOTAL PAYMENTS FROM ESCROW        2843.43

       MONTHLY PAYMENT TO ESCROW          236.95 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    10/23 THROUGH    09/24--------
      -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION      ANTICIPATED        REQUIRED
                  ACTUAL STARTING BALANCE          565.05          1895.63
OCT 23   236.95                                    802.00          2132.58
NOV 23   236.95                                   1038.95          2369.53
DEC 23   236.95                                   1275.90          2606.48
JAN 24   236.95      940.43   COUNTY TAX           572.42          1903.00
FEB 24   236.95                                    809.37          2139.95
MAR 24   236.95     1903.00   INSURANCE    ALP    -856.68   RLP     473.90
APR 24   236.95                                   -619.73           710.85
MAY 24   236.95                                   -382.78           947.80
JUN 24   236.95                                   -145.83          1184.75
JUL 24   236.95                                     91.12          1421.70
AUG 24   236.95                                    328.07          1658.65
SEP 24   236.95                                    565.02          1895.60

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -1330.58.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
```

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                                    604.41
            ESCROW (1/12TH OF ANNUAL ANTICIPATED                    236.95
              DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                         0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                  0.00
            PLUS: SHORTAGE PAYMENT                                   22.17
            MINUS: SURPLUS CREDIT                                     0.00
            ROUNDING ADJUSTMENT                                       0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                      218.97


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/17/23        644.56
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      473.90.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       473.90.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
10/19        245.98     11/19        245.98     12/19      11581.20    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                                00/00        0.00
00/00       0.00                                00/00        0.00
```

```
E
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E   FC-252
ST. LOUIS               MO 63120-1703

800-414-1226




NICOLE D TUNSTALL
124 COLEMAN COVE
BYHALIA             MS 38611

                            DATE: 07/24/23


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING FEB, 2023 AND ENDING JAN,2024.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

            --- YOUR PAYMENT BREAKDOWN AS OF FEB, 2023 IS ---

               PRINCIPAL & INTEREST            604.41
               ESCROW DEPOSIT                  212.43
               OPTIONAL INSURANCE                0.00
               REPLACE RESV/FHA SVC CHG          0.00
               SHORTAGE                         15.26
               DEFICIENCY                        0.00
               SURPLUS                           0.00
               ROUNDING                          0.00
               LESS BUYDOWN/ASST PAYMENT         0.00
               BORROWER PAYMENT                832.10

         PAYMENTS TO ESCROW    --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ    ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION   PRIOR PRJ     ACTUAL
NOV 22    212.43                                                 2336.77    -9143.62
DEC 22    212.43                                                 2549.20    -9143.62
                              STARTING BALANCE                   1833.43   -10084.05

FEB 23    212.43             *                  *                 424.86 T -12457.05 A
MAR 23    212.43       2373.00*                                   637.29   -10084.05
APR 23    212.43             *           1968.00*  INSURA         849.72   -12052.05
MAY 23    212.43             *                                   1062.15   -12052.05
JUN 23    212.43             *            194.00*  INSURA        1274.58   -12246.05
JUL 23    212.43        245.98
JUL 23                  245.98
JUL 23                  245.98*                                  1487.01   -11508.11
AUG 23    212.43             **                                  1699.44   -11508.11
SEP 23    212.43             **                                  1911.87   -11508.11
```

```
OCT 23      212.43         **                              2124.30      -11508.11
NOV 23      212.43         **                              2336.73      -11508.11
DEC 23      212.43         **                              2549.16      -11508.11
JAN 24      212.43         **      928.20         **       1833.39      -11508.11
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS       424.86. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
   -12457.05.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
07/19       245.98         08/19       245.98         09/19        245.98

01/23       928.20 COUNTY TAX         00/00        0.00
00/00         0.00                    00/00        0.00
00/00         0.00                    00/00        0.00
```